**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| TOMMY L. FENLEY, *Individually and on Behalf of All Persons Similarly Situated*,<br>　　　　Plaintiff,<br><br>　v.<br><br>WOOD GROUP MUSTANG, INC.,<br><br>　　　　Defendant. | Civil Action No.: 2:15-cv-326<br><br><br>MAGISTRATE JUDGE<br>NORAH MCCANN KING |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 83.4(c)(3), Kathryn L. Kreps, gives notice of her withdrawal as counsel for Defendant, Wood Group Mustang, Inc. and wishes to be relieved from any further obligations as counsel in this case. Attorney Franck G. Wobst with the same firm, Porter Wright will substitute Ms. Kreps in representing Defendant in this matter as lead trial attorney.

Under Local Rule 83.4(c)(3) the withdrawal of trial attorney shall be permitted "If the substituting trial attorney is a member of the same partnership, legal professional association, or governmental attorney group as the trial attorney to be substituted for and the notice affirmatively states that the substitution is made with the client's knowledge and consent, the client's signature is not required." L.R. 83.4(c)(3). Attorney Kreps files this Notice in line with this Rule, and, as hereby states the she has provided notice to the client as required.

For the foregoing reasons, Kathryn L. Kreps moves to withdraw as counsel for Defendant and to be relieved from any further obligations as counsel in this case.

Respectfully submitted,

| | |
|---|---|
| */s/Kathryn L. Kreps* | */s/ Franck G. Wobst* |
| Kathryn L. Kreps (0079216) | Franck G. Wobst (0022958) |
| Porter Wright Morris & Arthur LLP | Porter Wright Morris & Arthur LLP |
| 41 South High Street – Suite 3200 | 41 South High Street – Suite 3200 |
| Columbus, OH  43215 | Columbus, OH  43215 |
| Telephone:    (614) 227-2000 | Telephone:    (614) 227-2000 |
| Fax:              (614) 227-2100 | Fax:              (614) 227-2100 |
| KKreps@porterwright.com | fwobst@porterwright.com |
| | |
| Withdrawing Attorney | *Trial Attorney for Defendant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2016, a copy of the foregoing was filed with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties registered to receive electronic notice.

*/s/ Franck G. Wobst*

COLUMBUS/1809568v.1