IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**TOMMY L. FENLEY, individually and on behalf**
of all persons similarly situated,

        **Plaintiff,**

  v.                                                Civil Action 2:15-cv-326
                                                       Judge George C. Smith
                                                       Magistrate Judge Jolson

**WOOD GROUP MUSTANG, INC.,**

        **Defendant.**

## ORDER

      This matter is before the Court on Defendant Wood Group Mustang, Inc.'s Motion to File Under Seal Certain Documents Submitted in Support of Defendant's Motion to Decertify Conditionally Certified Class. (Docs. 112, 113). For good cause shown, Defendant's Motion is **GRANTED**. Thus, the redacted versions of the exhibits attached to the Declaration of Andrew Gust (declaration and exhibits constituting Exhibit 5 to Defendant's Motion to Decertify (Docs. 110, 111)) shall remain in the public record with unredacted versions filed under seal.

      IT IS SO ORDERED.

Date: May 19, 2017                                              /s/ Kimberly A. Jolson
                                                                             KIMBERLY A. JOLSON
                                                                              UNITED STATES MAGISTRATE JUDGE