# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**TOMMY L. FENLEY, WILLIAM PEVETO, BROCKROBERT TAGAROOK and LEWIS WHITMIRE, individually and on behalf of all Persons similarly situated,**

        **Plaintiffs,**

v.

**WOOD GROUP MUSTANG, INC.,**

        **Defendant.**

Case No.: 2:15-cv-326
JUDGE GEORGE C. SMITH
Magistrate Judge Jolson

## ORDER

On July 10, 2019, the United States Magistrate Judge held a hearing regarding Plaintiffs' Final Approval Motion and issued a *Report and Recommendation* recommending granting Plaintiffs' Motion for Final Approval of the Settlement Agreement and Approval of Attorneys' Fees and Costs. (*See Report and Recommendation*, Doc. 175). The parties were advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*. In fact, the parties filed a Notice of Non-Opposition to and Support for the Magistrate Judge's July 10, 2019 Report and Recommendation and jointly request this Court adopt the Report and Recommendation on an expedited basis. (Doc. 176).

Accordingly, the *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** Plaintiffs' Motion for Final Approval of the Settlement Agreement and Approval of Attorneys' Fees and Costs is **GRANTED.** The Court directs the settlement funds be distributed in accordance with the terms of the Settlement Agreement.

The Clerk shall remove Documents 173 and 175 from the Court's pending motions list and terminate this case. The Court hereby enters final judgment in this case and dismisses it with prejudice in accordance with the terms of the Settlement Agreement. There being no reason to delay entry of this Final Judgment, the Clerk of the Court is ordered to enter this Final Judgment forthwith pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

Without affecting the finality of this Final Judgment in any way, the Court reserves exclusive and continuing jurisdiction over this action, the Named Plaintiffs, the certified Settlement Class, and Defendant for purposes of supervising the implementation and enforcement of the Settlement Agreement, this Order, and all settlement administration matters.

**IT IS SO ORDERED**.

*/s/ George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**