AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Tommy L. Fenley, et al. <br> *Plaintiff* <br> v. <br> Wood Group Mustang, Inc. <br> *Defendant* | ) <br> ) <br> )  Civil Action No. 2:15-cv-326 <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the **plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the **defendant** *(name)* _____ recover costs from the **plaintiff** *(name)* _____ .

☑ **other**: Report and Recommendation Adopted and Affirmed in that this case is Dismissed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: 07/17/2019

*CLERK OF COURT*

/s/ Michelle D. Rahwan, Deputy Clerk

*Signature of Clerk or Deputy Clerk*